

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---
### AP-75,363
---

**MAX ALEXANDER SOFFAR, Appellant**

**v.**

**THE STATE OF TEXAS**

---
### ON DIRECT APPEAL
### FROM CAUSE NO. 319724 IN THE 232ND DISTRICT COURT
### HARRIS COUNTY
---

**KEASLER, J., filed a concurring opinion in which HERVEY, J., joined.**

### <u>CONCURRING OPINION</u>

I join the Court's opinion with the exception of point of error twenty-seven. Consistent with my dissenting opinion to the Court's decision to improvidently grant rehearing in *Thompson v. State*, I would hold that there was no error under *Maine v.*

*Moulton*.[1]  I further urge the majority of the Court to reconsider its understanding of this case and other Supreme Court precedent.

DATE DELIVERED: November 18, 2009
DO NOT PUBLISH

---

[1] 93 S.W.3d 269, 276 (Tex. Crim. App. 2003) (Keasler, J., dissenting on reh'g); *see also Soffar*, 368 F.3d at 487 (Garza J., dissenting) ("As Soffar made no incriminating statements regarding his murder charge during the interrogation [by Bockel], *Moulton*, by its own terms, is inapplicable).